**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X

TRUSTEES OF THE NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
PENSION FUND, WELFARE FUND, ANNUITY
FUND, AND APPRENTICESHIP, JOURNEYMAN
RETRAINING, EDUCATIONAL AND
INDUSTRY FUND, TRUSTEES OF THE NEW
YORK CITY CARPENTERS RELIEF AND
CHARITY FUND, THE NEW YORK CITY AND
VICINITY CARPENTERS LABOR-
MANAGEMENT CORPORATION and the NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS,

                   Petitioners,                  19 **CIVIL** 7997 (ER)

         -against-                           **JUDGMENT**

INNER CITY CONCEPTS LLC,
                   Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 29, 2020, the petitioners' motion is granted; the arbitration award is confirmed, and judgment is entered in favor of the petitioners in the amount of $2,416,118.21 against Inner City plus interest at the rate of 7.5% per annum accruing from July 18, 2019 until the date of entry of judgment in the amount of $172,760.00, and $880 in attorney's fees and $75 in costs for a total sum of $2,589,833.21. This judgment shall accrue post-judgment interest as mandated in 28 US.C. § 1961; accordingly, the case is closed.

**Dated:**  New York, New York
          June 30, 2020

                                                 **RUBY J. KRAJICK**
                                              _____
                                                **Clerk of Court**
                               **BY:**
                                      _____
                                                  **Deputy Clerk**